# United States Bankruptcy Court
## District of Utah

In re  **Keys Hospitality LLC**                                                                 Case No.  **16-29069**

                                       Debtor(s)                                                             Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian G. Smith**<br>2096 S. Woodward Rd.<br>Salina, KS 67401 | | 50% | Ownership |
| **Bruce L. Armstrong**<br>670 E 400 N<br>Lindon, UT 84042 | | 50% | Ownership |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

    I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **December 2, 2016**                             Signature  **/s/ Bruce Armstrong**
                                                                                  **Bruce Armstrong**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.