**Fill in this information to identify the case:**

Debtor name    **Keys Hospitality LLC**

United States Bankruptcy Court for the:    **DISTRICT OF UTAH**

Case number (if known):    **16-29069**

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **5 Brothers Lawn Care** PO Box 1 Lightfoot, VA 23090 | | **Business Debt** | | | | **$3,166.65** |
| **All Good Supply** 2820 Build America Dr, Hampton, VA 23666 | | **Business Debt** | | | | **$2,077.11** |
| **Atlantic Blueridge Elevator Company** 2505 South Military Highway, Ste C Chesapeake, VA 23320 | | **Business Debt** | | | | **$3,460.00** |
| **City of Williamsburg** 401 Lafayette St Williamsburg, VA 23185 | | **Business Debt** | | | | **$5,386.92** |
| **Cox Communications** PO Box 78000 Detroit, MI 48278 | | **Business Debt** | | | | **$3,832.62** |
| **Dominion Virginia Power** PO Box 26543 Richmond, VA 23290 | | **Business Debt** | | | | **$14,487.91** |
| **Exceed LLC** 86 Mahogany Hill Way Draper, UT 84020 | | **Legal Fees** | | | | **$12,216.00** |
| **HD Supply** PO Box 509058 San Diego, CA 92150 | | **Business Debt** | | | | **$4,761.41** |
| **Hot Boyz** | | | | | | **$1,400.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Keys Hospitality LLC** | | Case number *(if known)* | **16-29069** |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HRSD**<br>**PO Box 71092**<br>**Charlotte, NC 28272** | | **Business Debt** | | | | **$10,622.34** |
| **Lexyl Travel Technologies**<br>**777 S Flagler Dr, Suite 800, West Tower**<br>**West Palm Beach, FL 33401** | | **Business Debt** | | | | **$1,965.50** |
| **MRGW Holdings**<br>**5151 Collins Ave, Suite 1727**<br>**Miami Beach, FL 33140** | | **Unpaid Rent** | | | | **$64,000.00** |
| **Oracle America INC**<br>**PO Box 44471**<br>**San Francisco, CA 94144** | | **Business Debt** | | | | **$22,021.65** |
| **Pacific Lodging Supply**<br>**840 S Wanamaker Ave**<br>**Ontario, CA 91761** | | **Business Debt** | | | | **$852.00** |
| **Republic Services**<br>**PO Box 9001099**<br>**Louisville, KY 40290** | | **Business Debt** | | | | **$1,377.64** |
| **Sysco**<br>**1390 Enclave Parkway**<br>**Houston, TX 77077-2099** | | | | | | **$4,000.00** |
| **Timp Hospitality**<br>**256 N Orem Blvd**<br>**Orem, UT 84057** | | **Business Debt** | | | | **$5,275.00** |
| **Travelers CL Remittance Center**<br>**PO Box 660317**<br>**Dallas, TX 75266** | | **Business Debt** | | | | **$8,144.13** |
| **Virginia Natural Gas**<br>**PO Box 5409**<br>**Carol Stream, IL 60197** | | **Utility** | | | | **$1,168.65** |
| **Wyndham Hotel Group**<br>**22 Sylvan Way**<br>**Parsippany, NJ 07054** | | | | | | **$65,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy